UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. ) |
| JORION GARRETT, | ) 4:18CR00101 CDP/JMB ) |
| Defendant. | ) ) |

FILED
FEB - 7 2018
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about November 21, 2017, in the County of St. Louis, within the Eastern District of Missouri,

**JORION GARRETT,**

the Defendant herein, acting together with persons known and unknown to the Grand Jury, with intent to cause death and serious bodily harm, took from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2016 Dodge Journey, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2, and punishable under Title 18, Untied States Code, Section 2119(1).

### COUNT TWO

The Grand Jury further charges that:

On or about November 21, 2017, in the County of St. Louis, within the Eastern District of Missouri,

**JORION GARRETT,**

the Defendant herein, acting together with persons known and unknown to the Grand Jury,

knowingly possessed and brandished a firearm in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, armed carjacking as charged in Count One.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

The Grand Jury further charges that:

On or about January 4, 2018, in the County of St. Louis, within the Eastern District of Missouri,

**JORION GARRETT,**

the Defendant herein, acting together with persons known and unknown to the Grand Jury, with intent to cause death and serious bodily harm, took from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2014 Jeep Liberty, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2, and punishable under Title 18, Untied States Code, Section 2119(1).

## COUNT FOUR

The Grand Jury further charges that:

On or about January 4, 2018, in the County of St. Louis, within the Eastern District of Missouri,

**JORION GARRETT,**

the Defendant herein, acting together with persons known and unknown to the Grand Jury, knowingly possessed and brandished a firearm in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, armed carjacking as charged in Count Three.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
LISA M. YEMM, #64601MO
Assistant United States Attorney